IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SONDRA NOLAN individually and on behalf of
all others similarly situated,
              Plaintiff,

-vs-                                            Case No. A-17-CA-1184-SS

ACCOUNT CONTROL TECHNOLOGY, INC,
and JOHN DOES 1-25,
              Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#18] filed April 26, 2018 by the plaintiff in the above-styled and numbered cause, and having confirmed there is objection by the defendant, the Court enters the following orders:

        IT IS ORDERED that the Stipulation of Dismissal [#18] is GRANTED in all respects as unopposed and this lawsuit is hereby DISMISSED with prejudice;

        IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

        IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 9th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE